IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

MARY ORME-ELLIS, on behalf of       : HONORABLE JEROME B. SIMANDLE
THE ESTATE OF TANYA KIMBERLY        :
ORME, deceased,                     : CIVIL NO. 10-0543 (JBS/AMD)
MARY ORME-ELLIS, individually,      :
JOHN ORME, individually,            :
                                    :
          Plaintiffs,               :           **ORDER**
                                    :
     v.                             :
                                    :
ESTATE OF GARDNER HARRISON          :
STUBEE by MARY PALYS and            :
STEWART STUBEE, CO-EXECUTORS        :
for THE ESTATE,                     :
                                    :
          Defendant.                :

This matter having come before the Court upon Defendant's motion for partial summary judgment [Docket Item 8]; the Court having considered the submissions of the parties; for the reasons stated in the Opinion of today's date; and for good cause shown;

IT IS this __**22nd**__ day of **November, 2010** hereby

ORDERED that the motion for partial summary judgment is **GRANTED**; Plaintiffs' claims under the Florida Wrongful Death Act, Count V and Count VI, are dismissed with prejudice.


                          **s/ Jerome B. Simandle**
                          JEROME B. SIMANDLE
                          United States District Judge